J. Pierce Myers, by His Mother and Next Friend, Phyllis Myers, and Phyllis Myers, Individually, Appellees, v. Robert J. Marsell, Appellant.

Gen. No. 64–32.

Third District.

December 1, 1964.

Elliott R. Mc-Donald, McDonald, McDonald & Carlin, of Davenport, Iowa, for appellant; Frank G. Schubert, Moran, Klockau, McCarthy, Schubert & Louisberg, of Rock Island, for appellees. Opinion by JUSTICE ROETH. **Not to be published in full.**